UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Hammam Abdul Hampton**               Docket No. 5:06-CR-300-1BO

### Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Hammam Abdul Hampton, who, upon an earlier plea of guilty to Felon in Possession of Firearms and Ammunition; Possession with Intent to Distribute a Quantity of Heroin and a Quantity of Cocaine Base, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on May 15, 2007, to the custody of the Bureau of Prisons for a term of 151 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Hammam Abdul Hampton was released from custody on August 17, 2017, at which time the term of supervised release commenced. On August 31, 2017, this case was reassigned to the Honorable Terrence W. Boyle, U.S. District Judge.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was released for supervision on August 17, 2017 and began his 3 year supervision term in the Middle District of North Carolina. A request was received to modify his drug aftercare condition as their district does not recognize the terminology used in the original judgment and commitment order. As a result, it is respectfully recommended that his drug aftercare condition be modified. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to substance abuse testing, at any time, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: August 31, 2017 |

Hammam Abdul Hampton
Docket No. 5:06-CR-300-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __31__ day of __August__, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge